No. 91–7559. VILLALOBOS-HERNANDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7560. ULLOA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7565. GRANT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7570. DE LEON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7573. MENDES *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 91–1242. ALASKA AIRLINES, INC., ET AL. *v.* UNITED AIRLINES, INC., ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–1260. LAC D'AMIANTE DU QUEBEC, LTEE *v.* STANEK ET AL. Ct. App. Minn. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–1305. UNITED STATES *v.* GUEVARA. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–6561. SCOTT *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 91–7308. MILES *v.* KENTUCKY. Sup. Ct. Ky. Motion of petitioner to supplement the record denied. Certiorari denied.

No. 91–6400. WILLIAMS ET UX. *v.* UNITED STATES, 502 U. S. 1042;

No. 91–6667. RESTREPO ET UX. *v.* UNITED STATES SMALL BUSINESS ADMINISTRATION, 502 U. S. 1080;

No. 91–6868. FLEMING *v.* COLORADO, 502 U. S. 1113;

No. 91–6893. DEMPSEY *v.* MASSACHUSETTS, 502 U. S. 1114; and

No. 91–7124. BORCHERS *v.* UNITED STATES ET AL., 502 U. S. 1120. Petitions for rehearing denied.